No. 363. GINSBURG *v.* LING, U. S. DISTRICT JUDGE. (Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied, *ante*, p. 889.) The motion of petitioner to remand is denied. *Paul Ginsburg*, petitioner, *pro se.*

No. 565, Misc. LEVER BROTHERS Co. *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Abe Fortas, William L. McGovern, Abe Krash* and *Dennis G. Lyons* for movant. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

No. 463. FITZGERALD, PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, *v.* UNITED STATES LINES Co. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to the following question:

"1. Does a seaman have a right to a jury trial on a claim for unpaid maintenance and cure when joined with a claim for Jones Act negligence?"

*Jacob Rassner* for petitioner. *Matthew L. Danahar* and *Charles N. Fiddler* for respondent.